## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MICHAEL SCOTT ALLEN,**

   **Plaintiff,**

**v.**         **No. CIV 16-0539 LF/LAM**

**EQUINOX COLLECTION SERVICES, Inc.,**

   **Defendant.**

## ORDER TO SHOW CAUSE

  **THIS MATTER** is before the Court *sua sponte*.   Plaintiff filed his Complaint in this case on June 8, 2016.   [*Doc. 1*].   While the docket reflects that a summons was issued as to Defendant on June 9, 2016, Defendant has not filed an answer.   Under the Local Rules of this Court, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-Civ. 41.1.   In addition, Federal Rule of Civil Procedure 4(m) provides in part that "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

  **IT IS THEREFORE ORDERED** that, **within thirty (30) days of the entry of this Order**, this case will be dismissed without prejudice unless Plaintiff either effects service or provides the Court with a written explanation showing good cause why service has not been made.

  **IT IS SO ORDERED.**

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**